# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 19-00604 LEK-WRP |
| CASE NAME: | In The Matter Of:<br>FISH N DIVE LLC, HONU GROUP LLC, HONU WATERSPORTS LLC, and MATTHEW J. ZIMMERMAN as owners of the single decked passenger vessel DIVE BARGE, Official Number 1278007, for exoneration from and/or limitation of liability |
| JUDGE: Leslie E. Kobayashi | DATE: 1/14/2020 |

COURT ACTION:  EO: COURT ORDER DEEMING WITHDRAWN MOTION TO DISMISS COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND TO LIFT THE STAY

On December 16, 2019, Claimants-in-Limitation James A. Liotta, as Personal Representative of the Estate of T.T., Deceased; Tsogt Natsagdorj, Individually, and as Next Friend of K.T., a Minor; and Enkhsuvd Batbold ("Tsogt Claimants") filed their Motion to Dismiss Complaint for Exoneration from or Limitation of Liability and to Lift the Stay ("Motion").  [Dkt. no. 19.]  On January 13, 2020, the Court approved a stipulation between the Tsogt Claimants and Plaintiffs-in-Limitation Fish N Dive LLC, Honu Group LLC, Honu Watersports LLC, and Matthew J. Zimmerman ("Plaintiffs").  [Dkt. no. 42.]  The stipulation provides that Plaintiffs will file a first amended complaint without a ruling from this Court on the Motion.  In light of this agreement, the Tsogt Claimants' Motion is HEREBY DEEMED WITHDRAWN AND TERMINATED.  The withdrawal of the Motion is WITHOUT PREJUDICE to the Tsogt Claimants filing a new motion to dismiss addressing the first amended complaint.

Plaintiffs are DIRECTED to file their first amended complaint by **January 17, 2020**.  If Plaintiffs elect not to file a first amended complaint, the Tsogt Claimants have leave to re-file their Motion by filing a one-page notice requesting that the Court set the Motion for hearing.

The Court notes that, if Plaintiffs file a first amended complaint, all claimants – not only the Tsogt Claimants – must file their respective answers to the first amended complaint, within the time provided by the applicable legal authority.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager